**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RUKIA ADAN SAMATAR and ISSE ABDIRIZAK OSMAN,

Plaintiffs,

v.

STEVEN G. RICE, *Field Office Director, U.S. Citizenship and Immigration Services Minneapolis, MN*; JOSEPH B. EDLOW, *Director, U.S. Citizenship and Immigration Services, Washington, D.C.*; MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*; and TODD BLANCHE, *Attorney General, U.S. Department of Justice*,

Defendants.

Case No. 26-cv-4078 (LMP/DTS)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiffs' Rule 41(a) Dismissal (ECF No. 5). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: November 4, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge